UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert                                                                                                                   Jane K. Castro
Clerk of Court                                                                                                                              Chief Deputy Clerk

August 30, 2022


Mr. D. Mark Jones
United States District Court for the District of Utah
351 South West Temple
Salt Lake City, UT 84101


**RE:      21-4039, Chilcoat v. San Juan County, et al**
             Dist/Ag docket: 4:19-CV-00027-DN


Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's July 22, 2022 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.


                                        Sincerely,


                                        Christopher M. Wolpert
                                        Clerk of Court



cc:      Anna P. Christiansen
         Ashley McIntosh Gregson
         R. Blake Hamilton
         Karra J. Porter



CMW/sls