# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 2, 2023

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

      Re:  San Juan County, Utah
           v. Rosalie Chilcoat
           No. 22-724
           (Your No. 21-4039)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 21, 2022 and placed on the docket February 2, 2023 as No. 22-724.

Sincerely,

**Scott S. Harris**, Clerk

by

Emily Walker
Case Analyst